# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

UNITED STATES OF AMERICA

vs.  NO. 4:96CR00052-001 SWW

CLAUDIA SCHAUERHAMER

### ORDER

The above entitled cause came on for a hearing on petition to revoke the supervised released granted this defendant in the United States District Court for the Eastern District of Arkansas. Upon the basis of the admissions of defendant, the Court found that defendant has violated the conditions of her supervised release without just cause.

IT IS THEREFORE ORDERED ADJUDGED that the government's motions (#15 and #17) are granted, and the supervised release previously granted this defendant hereby is revoked.

IT IS FURTHER ORDERED that defendant is committed to the Bureau of Prisons to serve a term of imprisonment of TWENTY-FOUR (24) MONTHS, to run concurrently with the sentence defendant is serving in the State of Colorado. The Court recommends that defendant submit to DNA testing during incarceration if she already has not done so.

There will be no supervised release following defendant's term of imprisonment.

Defendant is remanded to the custody of the United States Marshal for return to the Women's Correctional Facility in Denver, Colorado, as soon as possible.

IT IS SO ORDERED this 25th day of May, 2006.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE